FILED
OCT 01 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8821

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Jose Luis JUAREZ-Juarez | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

On or about September 28, 2007, within the Southern District of California, defendant Jose Luis JUAREZ-Juarez did knowingly and intentionally import approximately 50.32 kilograms (110.70 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF OCTOBER 2007.

Peter C. Lewis
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Jose Luis JUAREZ-Juarez

## STATEMENT OF PROBABLE CAUSE

I, Douglas A. Struckmeyer, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On September 28, 2007, Jose Luis JUAREZ-Juarez made entry into the United States from Mexico through the Calexico, California West Port of Entry. JUAREZ was the driver of a Ford Ranger registered in the name of Jose Sainz of El Cajon, California.

Customs and Canine Enforcement Officers (CEO) S. Barela and B. Pyburn were working pre-primary when JUAREZ made entry. CEO Barela was led to the rear of the Ford by his Narcotic Detector Dog (NDD) Astrix. Astrix alerted to the rear bumper of the vehicle indicating the presence of an odor of narcotics. Customs and Border Protection Officer (CBPO) then received a negative declaration from JUAREZ and the Ford was then taken to vehicle secondary for further inspection.

CBPO Rodriguez searched the Ford. CBPO Rodriguez observed red and green tape wrapped packages hidden within a compartment in the Ford's bed. CBPO Rodriguez probed a package and found a green leafy substance. A sample of the substance field-tested positive for marijuana. A total of 20 packages were recovered. The packages had a combined weight of about 50.32 kilograms.

Special Agent (S/A) Douglas Struckmeyer responded to the port. S/A Struckmeyer began the interview with JUAREZ on September 29 at about 01:20 AM. S/A Struckmeyer advised JUAREZ of his rights per Miranda, in Spanish, with S/A F. Gonzalez present. JUAREZ orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

JUAREZ admitted knowledge of marijuana hidden within the vehicle. JUAREZ stated that he was going to be paid $1,500.00 to drive the vehicle to Pep Boys in Calexico, California.

Executed on 09/29/2007 at 10:00 AM.

Douglas A. Struckmeyer, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 28, 2007, in violation of Title 21 United States Code, Section(s) 952 & 960

_____ Date_____

United States Magistrate Judge

9/29/2007 at 12:15 p.m.