**FILED**
NOV - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3013-H |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| JOSE LUIS JUAREZ-JUAREZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 28, 2007, within the Southern District of California, defendant JOSE LUIS JUAREZ-JUAREZ, did knowingly and intentionally import approximately 45.29 kilograms (approximately 99.64 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 6, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John of Glen*
DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
11/6/07