AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE LUIS JUAREZ-JUAREZ | CASE NUMBER: 07CR3013-H |

I, JOSE LUIS JUAREZ-JUAREZ, the above-named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _11 · 06 · 07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Lois Juarez
Defendant

Defense Counsel

Before _____
        Judicial Officer