GERARD J. WASSON
CALIFORNIA BAR NO 166636
406 Ninth Avenue, Suite 205
San Diego, California  92101
Telephone: (619) 232-0181

Attorney for Defendant Juarez-Juarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3013-H |
| Plaintiff, | ) ) | Date: February 19, 2008 |
| v. | ) ) | Time: 9:00 a.m. |
| JOSE LUIS JAUREZ-JUAREZ, | ) ) ) | MOTION FOR ORDER SHORTENING TIME TO FILE DEFENDANT'S DOWNWARD DEPARTURE REQUEST |
| Defendant. | ) ) ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
        FRED SHEPPARD, ASSISTANT UNITED STATES ATTORNEY

The defendant, Jose Luis Juarez-Juarez, by and through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file <u>DEFENDANT'S DOWNWARD DEPARTURE REQUEST</u>  on Thursday, February 14, 2008.  The reason for this motion is because Government Counsel has been recently re-assigned for this matter, thereby necessitating a "safety valve" meeting scheduled for Thursday, February 14, 2008, the results of which impact the extent and nature of the requested departures. Government Counsel has been provided a courtesy copy of this pleading.

DATED: <u>February 14, 2007</u>              /s/ Gerard J. Wasson
                                                                GERARD J. WASSON, ESQ.
                                                                Attorney for Jose Luis Juarez-Juarez

07CR3013-H

1  GERARD J. WASSON
   Attorney at Law
2  California Bar No. 166636
   406 Ninth Avenue, Suite 205
3  San Diego, California 92101
   Telephone: (619) 232-0181
4

5  Attorney for Defendant Jose Luis Juarez-Juarez

6

7                        UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            )    Crim. No. 07CR3013-H
               Plaintiff,                )
10                                       )
   v.                                    )
11                                       )    CERTIFICATE OF SERVICE
                                         )
12 JOSE LUIS JUAREZ-JUAREZ,              )
                                         )
13          Defendant.                   )

14
   IT IS HEREBY CERTIFIED THAT:
15
         I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen
16 years of age.  My business address is 406 Ninth Avenue, Suite 205, San Diego, California,
   92101.
17
         I am not a party to the above-entitled action.  I have caused service of the Defendant
18 Jose Luis Juarez-Juarez's Motion for Order Shortening Time to File his Downward
   Departure Request on the following parties by electronically filing the foregoing with the
19 clerk of the District Court using its ECF System, which electronically notifies them.

20
         Assistant United States Attorney   fred.sheppard@usdoj.gov
21
         I declare under penalty of perjury that the foregoing is true and correct.
22

23 Executed on February 14, 2008.

24
                              /s/   Gerard J. Wasson
25                            GERARD J. WASSON, ESQ.

26

27

28

                                     - 2 -                    07CR3013-H