# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3013-H |
| Plaintiff, ) | |
| v. ) | **ORDER SHORTENING TIME TO FILE DEFENDANT'S** |
| JOSE LUIS JUAREZ-JUAREZ, ) | **DOWNWARD DEPARTURE REQUEST** |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's DOWNWARD DEPARTURE REQUEST may be filed on Thursday, February 14, 2008. Counsel for the Government has been served with a courtesy copy of the pleading.

**SO ORDERED.**

DATED: February 20, 2008

_____
**HONORABLE MARILYN L. HUFF
Judge of the U.S. District Court**